11582, 11583. TYGART *v.* DOMESTIC ELECTRIC Co.; and *vice versa.*

PER CURIAM. Under the rulings of the Supreme Court on the questions certified to it in this case, the judgment of the lower court is affirmed; and as, under these rulings of the Supreme Court, the questions raised by the cross-bill of exceptions are no longer involved in the case, the cross-bill is dismissed.

*Judgment affirmed; cross-bill dismissed. Jenkins, P. J., and Stephens and Hill, JJ., concur.*

DECIDED AUGUST 3, 1921.

Motion to set aside judgment; from city court of Nashville — Judge W. R. Smith. April 24, 1920. See 151 *Ga.* 624 (107 S. E. 866).

*Story & Story,* for Tygart.

*Etheridge, Sams & Etheridge, J. P. Knight,* contra.